**Order filed August 14, 2018**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00181-CV

————————

## IN THE INTEREST OF W.A.B., III, A CHILD

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2013-04887**

## O R D E R

Appellant's brief was due July 19, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 29, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM